GRETCHEN A. CACCIAGUIDI #62015
SOUTH BOISE WOMENS CORRECTIONAL CENTER
13200 S. PLEASANT VALLEY RD.
KUNA, IDAHO 83634

U.S. COURTS
NOV 04 2009
Rcvd_____ Filed_____ Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GRETCHEN A. CACCIAGUIDI<br>PRO-SE PLAINTIFF<br><br>VS.<br><br>BRENT REINKE, OLIVIA CRAVEN, et al<br>WITH CONSTRUCTIVE KNOWLEDGE, DOMINION,<br>AND CONTROL OF A THERAPEUTIC COMMUNITY;<br>INDIVIDUALLY AND IN THEIR OFFICIAL<br>CAPACITIES, UNDER COLOR OF LAW<br>DEFENDANTS | CASE NO. 09-0563-CV MH<br>(TO BE ASSIGNED BY THE COURT UPON FILING)<br><br>PROSECUTING AND<br>MATERIAL WITNESS<br>COMPLAINT |

COMES NOW, GRETCHEN A. CACCIAGUIDI, IN THE INTERESTS OF THE PUBLIC; FOR IMPROVEMENT IN THE ADMINISTRATION OF JUSTICE; FOR APPOINTMENT OF TRUSTWORTHY GOVERNMENT OFFICIALS; AND ENFORCEMENT OF EXISTING LAWS UNDER THE UNITED STATES CONSTITUTION AND APPLICABLE U.S. MODEL PENAL CODES IN WHICH IT IS THE COURTS DUTY TO PRESCRIBE; WHO BEING DULY SWORN, COMPLAINS AND SAYS; THAT THE ABOVE DEFENDANTS

BRENT REINKE AND OLIVIA CRAVEN, TOGETHER WITH THEIR AGENTS, WITH CONSTRUCTIVE KNOWLEDGE, DOMINION, AND CONTROL OF A THERAPEUTIC COMMUNITY, AS ACTING DIRECTORS FOR THE STATE OF IDAHO'S DEPARTMENT OF CORRECTION AND COMMISSION OF PARDONS AND PAROLE, TO WIT, HAVE WILLFULLY AND CONTINUE TO WILLFULLY, BY ACTIVE AND FRAUDULANT CONCEALMENT, MISSAPPROPRIATE FEDERAL FUNDS FROM U.S. TAXPAYERS BY USE OF A THERAPEUTIC COMMUNITY (TC), WHICH IS A HIDDEN SUBTERFUGE FUNDING AGENT POSING AS A SUBSTANCE-ABUSE TREATMENT PROGRAM.

    THE TC SYSTEM IS SET UP IN THE PRISONS USING RITUALS AND METHODOLOGIES INCORPORATED AS RULES WHICH ACT AS A BARRIER FROM DISCOVERY AND LIABILITY TO CONCEAL GOVERNMENT MISCONDUCT. PROOF OF THIS IS LODGED IN THE IDAHO STATE AND FEDERAL COURT SYSTEMS UNDER CASE NO: CV09-343-E-REB IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO, AND IN THE SIXTH DISTRICT COURT IN POCATELLO, IDAHO UNDER CASE NO. CV-09-714-HC.

    IN THE PROCEEDINGS SO FAR, THE COURTS HAVE BEEN RELUCTANT TO PROVIDE RELIEF BECAUSE SCANDAL WOULD ERUPT. SOCIETY AT THIS POINT IS UNAWARE OF HOW THE TC HAS BEEN CLANDESTINELY SET UP SO IT IS NOT RESTRAINED NOR GOVERNED BY ANY RULES OR REGULATIONS, PROTECTING THE CORRUPTION IT SERVES.

    THE TC IS A SUBVERSIVE WORK USING BILL OF ATTAINDER AND EX-POST FACTO VIOLATIONS PROSCRIBED IN THE U.S. CONSTITUTION UNDER ART. I §9, 10 (cl.3) TO PROTECT AND ENFORCE IT'S ILLEGAL AGENDAS. IT'S EXISTENCE MUST BE PUT UNDER THE SCOPE OF A PUBLIC INVESTIGATION AND AUDIT. THE PRISON SYSTEM IS BEING USED TO HIDE CRIMINAL FRAUD.

Complainant has standing, that the offenses in this complaint are impeachable offenses under Art. II §4, U.S. Constitution which authorizes the removal of an official for "Treason, Bribery, or other High Crimes and Misdemeanors." The therapeutic community, which defendants in this complaint have forced plaintiff and the prison population to be subjected to for its funding for, gives plaintiff standing because she is a victim of its fraud, along with every prisoner subjected to it. Defendants in this complaint force prisoners to be subject to false charges for profit. Plaintiff has been a witness and a victim of the TC fraud since February 2007 to the present.

When the United States government endorses programs that subvert the Constitution deliberately, then the United States is being deprived of a safe and legitimate government. Dishonest government is not safe government.

This is a stand against the corruption and lies that TC operates under, witnessed and experienced and subjugated by plaintiff within the criminal justice system of Idaho.

Defendants in this action, since the adoption of a TC at least ten (10) years ago to the present, have deliberately used constitutional violations as a work for their misconduct in office. They are under oath to uphold the laws, and paid officers by the American tax-payers to uphold the laws. They have abused their privileged status, acting outside the scope of their official duties.

This prosecuting and material witness complaint is necessary to protect the evidence raised in plaintiffs civil suits in the Idaho

STATE AND FEDERAL COURTS BASED ON THE TRUTH PROVING TC IS ILLEGITIMATE, AND TO BRING THOSE GOVERNMENT OFFICIALS DIRECTLY RESPONSIBLE FORWARD TO GIVE AN ACCOUNT PUBLICLY FOR THEIR ACTIONS. NO GOVERNMENT OFFICIAL IS ABOVE THE LAW NOR IMMUNE FROM UPHOLDING THE LAW.

WHAT PLAINTIFF HAS DOCUMENTED IN THE COURTS THUS FAR, SHOW THAT DEFENDANTS IN THIS COMPLAINT, ALONG WITH ALL THEIR INVOLVED AGENTS, WORK A WORK OF CONSPIRACY, IN VIOLATION OF TITLE 42 § 1985 (2),(3) BY "CRIMINALIZING" CONSTITUTIONAL AMENDMENTS AND IMMUNITIES UNDER ITS "ACCOUNTABILITY" SCAM. THE TC IS NOT OPENLY UNCONSTITUTIONAL, IT HIDES THAT FACT IN ITS RITUALS, RULES, AND METHODOLOGIES.

THE DEFENDANTS IN THIS COMPLAINT OPERATE AND ENFORCE COMPLIANCE TO WHAT IS ILLEGAL IN TC BY THREATS AND COERCION. THERE ARE MULTITUDES OF INMATES WHO ARE READY TO COME FORWARD AND TESTIFY TO THE BRUTAL DISHONESTY TC AND ITS OPERATORS EMPLOY TO OPERATE IT.

THE DEFENDANTS IN THIS COMPLAINT ARE NOT USING A TC FOR REHABILITATION OR TO PROTECT SOCIETY. IT IS FOR FRAUDULANT FUNDING. TC VIOLATES CONSTITUTIONAL PROVISIONS FOR PROFIT.

THE TC THRIVES ON VIOLATING USC 42 §§ 1983, 1985-2000d; AND USC 42 §§ 2000cc 1-5 WHICH PROTECTS A PRISONERS RIGHT TO RELIGIOUS SPEECH AND PRACTICES. (RLUIPA)

THE MAIN PURPOSE FOR A TC IS FOR FUNDING, WHICH IT ACCOMPLISHES BY FILING FALSE REPORTS ON THE PRISON POPULATION, EASILY ACCOMPLISHED BY DENYING PRISONERS ANY OPPORTUNITIES TO PROTECT THE TRUTH. THE TC HAS IT SET UP SO NO INMATE

CAN DEFEND FALSE CLAIMS PUT ON THEIR INSTITUTIONAL HISTORY, DESTROYING A PRISONERS REPUTION, TO GET THE PHONEY CLAIMS THAT THEY ARE A THREAT TO SOCIETY AND MUST REMAIN INCARCERATED.

MULTITUDES OF INMATES, FALSELY ACCUSED, ARE SITTING IN THE WRECKAGE OF TC'S LIES. TC IS A SET-UP TO PROTECT LIES. IN THE TC, PRISONERS ARE PUT ON STRICT GAG ORDERS AND PUNISHED IF THEY SPEAK OUT AGAINST TC'S DISHONEST SCAMS. THE HEART OF THIS COMPLAINT, IS GOVERNMENT OFFICIALS PROTECTING WHAT IS FALSE. THE CONSPIRACY HIDDEN IN THE TC IS IN ITS RULES DOCUMENTED IN THE COURTS BY PLAINTIFF. THE EVIDENCE THAT THE TC IS FRAUD BASED, LIES IN THE PROOF OF EVERY INMATE PROCESSED THROUGH THE TC. THEY HAVE BEEN LIED ABOUT, AND PLACED ON GAG ORDERS TO PREVENT THE TRUTH FROM PREVAILING.

THE TC MUST NOT STAND. UNDER FEDERAL LAWS, ITS DEVICES AND RULES ARE ILLEGAL. BECAUSE THEY ARE ILLEGAL, THEY ARE ABLE TO DO WHAT SOCIETY DOES NOT APPROVE OF. IN THE CASE OF THE THERAPEUTIC COMMUNITY, HONESTY IS NOT POLICY.

FROM THE EXPERIENCE OF PLAINTIFF, AND BY THE PROCEEDINGS DOCUMENTING GOVERNMENT EVASION BY IDAHOS OFFICIALS, IT IS SHOCKINGLY OBVIOUS THEY SEEK TO PROTECT MASSIVE VIOLATIONS OF OFFICIAL MISCONDUCT.

THE SET-UP OF THE TC IS DELIBERATELY NOT REGULATED. IN THE MATTER OF A DRUG OR MENTAL HEALTH COURT, BOTH LEGITIMATE AND UPSTANDING IN NATURE, THE TC

is not on the lawbooks, under the scrutiny of a judge or a court of law, yet it is federally funded. The public has a right to know what a TC is actually doing.

In the therapeutic community, it's designers made attempts to prove innocence, when the person actually is, to any charge, label, or opinion of another made against the inmates deliberately, a proscribed and punishable offense. No hearings or mediations are permitted in the therapeutic community. It is a nine to twelve month long process of documentation without any protective processes to be placed on the prisoners record for use against the inmate for its funding. The TC does not rehabilitate, it only accuses and documents. It was designed to give prisoners a permanent and negative record, obtained clandestinely and illegally, using government trickery and fraud.

The Idaho Attorney Generals Office, Idaho Governor Butch Otter, and at least Senator Elliot Werks, Representatives Bill Killeen and Donna Boe have been given direct knowledge that the TC is illegitimate and were contacted for a redress, but nothing has been done. No one wants to incriminate the other. The therapeutic community is not relational to an honest criminal justice system, it is a crime hiding in the criminal justice system.

Under Case No. CV-09-714-HC, filed February 20, 2009, in the Sixth District Court in Pocatello, Idaho, and a USC 42 §1983 complaint filed July 14, 2009 Case No. 4:09-CV-00343-E-REB, in the Federal Court in Boise, Idaho, is the basis of this complaint with extensive

(Prosecuting and Material Witness Complaint) 6 of 9

DOCUMENTATION PROVING CORRUPTION AND SHOWING THIS IS NOT JUST A CIVIL MATTER BUT A CRIMINAL MATTER THAT SOCIETY HAS A STAKE IN, AND WOULD WANT PROTECTION FROM.

TC MUST BE EXPOSED, SHUT DOWN, AND THOSE RESPONSIBLE FOR IMPOSING IT HELD LIABLE. ANY FORM OF CRIMES OF DECEIT AND FRAUD WHICH IS WHAT IS BEHIND THE WORK OF A THERAPEUTIC COMMUNITY IS CONTRARY TO THE FORM, FORCE AND EFFECT OF AN HONEST CRIMINAL JUSTICE SYSTEM, AND AGAINST THE PEACE AND DIGNITY OF IDAHO AND ALL OF THE UNITED STATES. THOSE INVOLVED OPERATING A TC KNOW THESE STATEMENTS ARE TRUE, AND THAT THE TC IS SET UP TO DEPRIVE AND DEFRAUD.

SAID COMPLAINANT THEREFORE PRAYS THAT DEFENDANTS BRENT REINKE AND OLIVIA CRAVEN ALONG WITH THEIR AGENTS WITH CONSTRUCTIVE KNOWLEDGE, DOMINION, AND CONTROL OF A THERAPEUTIC COMMUNITY BE HELD TO ANSWER BEFORE AN EMPANELED INVESTIGATIVE GRAND JURY AND DEALT WITH ACCORDING TO LAW, AS EVERYONE IS EQUAL UNDER THE LAW. THE THERAPEUTIC COMMUNITY, IN LIGHT OF EXPOSURE IS A THREAT TO THE UNITED STATES CONSTITUTION AND A HIDDEN MENACE TO SOCIETY. THIS COMPLAINT STANDS AS A FILING OF INFORMATION AND PRESENTMENT, UNDER THE FIFTH AMENDMENT OF THE U.S. CONSTITUTION, AND ACCESS TO COURTS AND A REDRESS OF GRIEVANCES PROTECTED UNDER THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION.

STATE OF IDAHO )
COUNTY OF ADA ) ss

GRETCHEN A. CACCIAGUIDI, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE HAS READ THE FOREGOING PROSECUTING AND MATERIAL WITNESS COMPLAINT, KNOWS THE CONTENTS THEREOF, AND THE FACTS ARE TRUE AS SHE VERILY BELIEVES.

*Gretchen A. Caccia Guidi* pro-se
PLAINTIFF, SOUTH BOISE WOMENS CORRECTIONAL CENTER
13200 S. PLEASANT VALLEY RD.
KUNA, ID. 83634

SUBSCRIBED AND SWORN TO BEFORE ME THIS 30th DAY OF October 20 09.

[Notary Seal: CAROLYN PUCKETT, NOTARY PUBLIC, STATE OF IDAHO]

NOTARY PUBLIC FOR IDAHO
COMMISSION EXPIRES: 2-17-15

COMPLAINT PRESENTED BY U.S. MAIL TO:

MAGISTRATE/DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
550 W. FORT ST.
BOISE, IDAHO 83724

(PROSECUTING AND MATERIAL WITNESS COMPLAINT) 8 OF 9

## COMPLAINANTS CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THIS COMPLAINT WAS SERVED TO:

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
550 W. FORT ST. MSC 042
BOISE, ID. 83724
U.S. MAIL

OLIVIA CRAVEN
IDAHO COMMISSION OF PARDONS AND PAROLE
P.O. BOX 83720
BOISE, ID. 83720

UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPT. OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC
20530-0001
U.S. MAIL

MARK KUBINSKI
DEPUTY ATTORNEY GENERAL
FOR BRENT REINKE, IDOC
IDAHO DEPT. OF CORRECTION
1299 N. ORCHARD STE. 110
BOISE, ID. 83706
U.S. MAIL

__10/30/09__  __Gretchen A. Cacciotuichi pro-se__
DATE          COMPLAINANT