GRETCHEN A. CACCIAGUIDI #62015
SOUTH BOISE WOMENS CORRECTIONAL CENTER
13200 S. PLEASANT VALLEY RD.
KUNA, IDAHO  83634

U.S. COURTS
DEC 16 2009
Rcvd____Filed____Time____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

FOR JACOB JOSEPH JOHNSON... WHO REMAINS IN CAPTIVITY.

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## OFFICE OF THE UNITED STATES ATTORNEY GENERAL

| | |
|---|---|
| GRETCHEN A. CACCIAGUIDI ) | CASE NO. 1:09-CV-00563-MHW |
| PLAINTIFF ) | AFFIDAVIT AND REPORT OF FACTS |
| VS. ) | TO THE UNITED STATES ATTORNEY |
| ) | GENERAL IN SUPPORT OF PROSECUTING |
| BRENT REINKE; OLIVIA CRAVEN; et al; ) | AND MATERIAL WITNESS COMPLAINT |
| WITH CONSTRUCTIVE KNOWLEDGE, ) | FOR CASE NO. 1:09-CV-00563-MHW |
| DOMINION AND CONTROL OF A ) | IN THE UNITED STATES DISTRICT COURT |
| THERAPEUTIC COMMUNITY; INDIVIDUALLY ) | FOR THE DISTRICT OF IDAHO |
| AND IN THEIR OFFICIAL CAPACITIES ) | |
| DEFENDANTS ) | |

STATE OF IDAHO ) ss
COUNTY OF ADA )

COMES NOW, GRETCHEN A. CACCIAGUIDI, PRISONER #62015, PURSUANT TO USC 42 § 1997(a);(1)(B)(ii); FOR HERSELF AND EVERY PRISONER BEING SUBJUGATED BY UNCONSTITUTIONAL AND ILLEGAL CONDITIONS IN THE STATE OF IDAHO, AND ALL PRISONS IN THE UNITED STATES OF AMERICA BY USE OF A THERAPEUTIC COMMUNITY, (TC)

THIS IS A SUPPLEMENT TO THE INITIAL COMPLAINT FILED ON NOVEMBER 4, 2009 IN THE FEDERAL DISTRICT COURT OF IDAHO IN THE ABOVE ENTITLED CASE DIRECTED TO THE UNITED STATES ATTORNEY GENERAL TO INITIATE FURTHER ACTION UNDER THE

AFFIDAVIT AND REPORT TO U.S. ATTORNEY GENERAL - 1 OF 12

LAWS OF THE UNITED STATES CONSTITUTION FOR FUNDAMENTAL FAIRNESS AND PROTECTION FROM DISHONEST SYSTEMS FOR PROFIT. DISHONESTY AND LIES SHOULD NEVER BE AN OPTION TO ACCRUE FUNDING AT THE EXPENSE OF ANYONE.

IF IT IS THE INTENTION OF THE CRIMINAL JUSTICE SYSTEM TO IMPOSE LONGER PERIODS OF INCARCERATION, WHY NOT JUST IMPOSE STRAIGHT TIME WITHOUT "CREATING" A NEED FOR FUNDING BASED ON, AND OPERATED BY, LIES AND COMPLETE CONSTITUTIONAL DEPRIVATIONS?

A TC, POSING DECEPTIVELY AS TREATMENT, HAS INSTEAD PROVED ITSELF TO BE A COVERT OPERATION **PREDICATED BY DECEPTION**, WITH THE PRISONS AND PAROLE COMMISSION ENFORCING ITS VIOLATIONS BY MAKING IT A MANDATORY CONDITION OF RELEASE ON PAROLE, WHEN THEY HAVE FULL KNOWLEDGE IT IS FRAUD-BASED. AN AUDIT ON EVERY PRISONER FUNNELED INTO THE TC WILL PROVE THAT MY COMPLAINTS AND OBJECTIONS TO TC'S FAKE SYSTEM ARE SOUND AND VALID.

HERE IN IDAHO, THE PAROLE COMMISSION ORDERS PRISONERS TO DO TC, GRANTS THEM AN OPEN DATE FOR PAROLE UPON COMPLETION OF THE TC, KNOWING THE TC IS NOT TREATMENT BUT A SYSTEMIC TRAP THAT IS NOT HUMAN BASED BUT A SET UP FOR FAILURE BY ITS DOCUMENTATION PROCESSES AND PUNISHMENTS.

THE IDAHO DEPARTMENT OF CORRECTIONS, RIGHT AFTER THE PAROLE COMMISSION ORDERS A PRISONER TO DO TC, DENIES ENTRY INTO THE TC ACTING AGAINST PAROLE COMMISSION'S ORDERS. BUT BOTH THE IDOC AND PAROLE COMMISSION ARE IN AGREEMENT ON IT, ONE WORKS WITH THE OTHER IN VARIOUS CONSPIRATORIAL MEETINGS OF THE MINDS TO OBSTRUCT PRISONERS FROM SUCCEEDING AT BEING PAROLED. TC IS THEIR LUCRATIVE AGENT. MOST OF THE IDAHO PRISON FOR WOMEN, AND ITS COUNTY JAILS ARE FULL OF TC **REJECTS** FOR ITS CREATED RECIDIVISM SCAMS. WE PRISONERS SEE AND ARE VICTIMIZED BY DISHONEST GOVERNMENT OPERATORS AND OPERATIONS. THE LIABILITY IN THIS IS HUGE. IT IS ILLEGAL UNDER THE LAW WHAT IS GOING ON.

THE TC SYSTEM IS BEING PRACTICED ON, AND FORCING THE PRISONERS IN THE TC SYSTEM TO PRACTICE ON EACH OTHER, VARIOUS FORMS OF CONSTITUTIONAL VIOLATIONS ON THEMSELVES AND EACH OTHER, A TOTAL TOTALITARIAN SYSTEM. BEING "SYSTEM" BASED MAKES IT IMPOSSIBLE TO HAVE ANY FREEDOM AT ALL. BLIND OBEDIENCE TO "PROCEDURES" IS ALL THAT IS PERMITTED TO KEEP THE DOCUMENTATION PROCESSES AND CONSTITUTIONAL VIOLATIONS RUNNING.

EVERY PERSON WHO HAS BEEN, OR NOW IS, CONFINED IN A TC WERE DENIED ALL OF THEIR CONSTITUTIONAL RIGHTS SO THAT THE IDAHO DEPARTMENT OF CORRECTIONS AND IDAHO PAROLE COMMISSION COULD ACCRUE ILLEGALLY OBTAINED DOCUMENTATION BY USE OF FORCED RITUALS AND METHODOLOGIES THAT MAKES UP A TC.

THE MAIN PURPOSE OF A TC, IS TO COMPLETELY BAR INMATES FROM BEING ALLOWED TO PROVE THEY ARE INNOCENT OF FALSE CHARGES IN EVERY CIRCUMSTANCE UNDER TC'S MANDATORY GAG ORDERS VIOLATING FREEDOM OF SPEECH.

THE TC SYSTEM UNDER COVER OF ITS OWN FRAUD BASED RULES, RITUALS, AND METHODOLOGIES, IS ABLE TO AVOID MONITORING, DETECTION, AND REGULATIONS FOR ITS FEDERAL FUNDING SCAMS.

THE IDAHO DEPARTMENT OF CORRECTIONS AND THE IDAHO PAROLE COMMISSION, FALSELY AND CRUELLY RECIND PAROLE DATES WHEN AN INMATE "FAILS" THE FAKE AND CORRUPT TC SYSTEM WHEN THEY HAVE KNOWN ALL ALONG THE TC IS A WORK OF FRAUD. MULTITUDES OF INMATES, WHO CANNOT DO THE TC BECAUSE THE TC IS A FRAUD AND THE PRISONERS KNOW THIS, ARE FORCED INTO A FULL-TERM RELEASE DATE. THE CONSPIRATORS BEHIND THE TC COUNT ON THIS.

AN INMATES MOST VALUABLE ASSET WHILE DOING TIME IS TO RESTORE CREDIBILITY, AND TO REGAIN A REPUTABLE CHARACTER TO GET BACK INTO SOCIETY. THE TC IS A SET-UP TO DESTROY THE PRISONERS REPUTATION "ON RECORD" DELIBERATELY. IDAHOS CRIMINAL JUSTICE SYSTEM, WITH A RECKLESS DISREGARD FOR HONESTY, DOES NOT CARE ABOUT THE DESTRUCTIVE LIBELOUS LIES PUT

DOWN ON THE PRISONERS RECORD, AND WILL NOT ALLOW A SINGLE INCIDENT REPORTED AGAINST THE INMATE WHILE IN THE TC TO BE DISMISSED BECAUSE PROTECTING THE TC SYSTEM IS ALL THAT MATTERS.

THE TC SYSTEM WAS MASTER-MINDED TO PROTECT ALL OF ITS FALSITY, AND THE IDAHO DEPARTMENT OF CORRECTIONS AND IDAHO PAROLE COMMISSION DO NOT PERMIT AN INMATE TO PROVE THAT ANY CLAIMS MADE FALSELY AGAINST THEM ARE LIES UNDER THE "ACCOUNTABILITY" CONSPIRACY TO PROTECT THE FRAUD. PRISONERS ARE STUCK WITH RUINOUS, VICIOUS, LIBELOUS ATTACKS ON RECORD, BECAUSE HEARINGS ON EVERY ACCUSATION ARE PROSCRIBED TO PROTECT THE DOCUMENTATION SCAMS. "AS A PLUS," THE INMATES ARE ON STRICT GAG ORDERS FORBIDDING THEM TO ANSWER TO WHAT THEY ARE BEING CHARGED WITH. IF AN INMATE DOES GO AGAINST TC'S MANDATORY GAG ORDERS TO PROTEST FALSE CHARGES, THEY ARE PUNISHED FOR NOT TAKING ACCOUNTABILITY.

EVERY CHARGE ACCRUED IN THE THERAPEUTIC COMMUNITY IS OBTAINED OUTSIDE THE BOUNDS OF FAIR PLAY AND THE PURVIEW OF THE U.S. CONSTITUTION. THE INMATES ARE PLACED ON STRICT GAG-ORDERS DURING THEIR ENTIRE CONFINEMENT IN THE TC, TO PROTECT THE CONSPIRATORS OPERATING THE TC.

EVERY MINUTE TC SPENDS OPERATING AND USING THE PRISONERS FOR TC PROFITEERING CONSTITUTES A PRISONERS SENTENCE BEING CARRIED OUT ILLEGALLY UNDER THE UNITED STATES CONSTITUTION. THE TC COMPOUND ITSELF CONSTITUTES UNCONSTITUTIONAL GROUND, A COMPLETELY UNCONSTITUTIONAL WORK, DESIGNED THAT WAY TO WORK CLANDESTINELY.

FEDERAL FUNDS ARE BEING FORGED DECEPTIVELY, AT THE EXPENSE OF OUR DESTRUCTION BECAUSE WE ARE TRAPPED IN PRISONS WHERE SOCIETY IS NOT AWARE OF WHAT IS REALLY GOING ON. THE THERAPEUTIC COMMUNITY IS A DISHONEST WORK, AND IS NOT RELATIONAL TO HONEST GOVERNMENT.

TC DOES NOT REHABILITATE BECAUSE IT IS A SYSTEM SET UP FOR PROFIT. TC WAS NOT DESIGNED TO WORK, BUT THOSE BEHIND ITS CONSPIRATORIAL INTENTIONS ARE RECEIVING FUNDING FOR IT POSING AS "TREATMENT PROVIDERS."

WHEN AN INMATE PROTESTS THEY WERE CHEATED AND DEFRAUDED OUT OF HARD WON EFFORTS TO BE IN COMPLIANCE WITH TREATMENT GOALS AND THE ORDERS OF IDAHO'S PAROLE COMMISSION TO "COMPLETE TC" AS A CONDITION OF RELEASE ON PAROLE, IDAHO ATTORNEY GENERALS OFFICE SAYS "PRISONERS HAVE NO CONSTITUTIONAL RIGHTS TO REHABILITATION OR PAROLE", BUT HAVE NO QUALMS IN PROTECTING STATE MISCONDUCT FOR THE MILLIONS OF DOLLARS SCAMMED FROM TAX-PAYERS TO KEEP TC'S UNCONSTITUTIONAL FRAUD BASED SYSTEM OPERATING.

WHAT THE TC IS ACTUALLY DOING IS OF GENERAL PUBLIC IMPORTANCE AND A LIABILITY ISSUE BECAUSE IT INVOLVES COMPLETE CONSTITUTIONAL VIOLATIONS TO MISAPPROPRIATE FEDERAL FUNDS UNDER FALSE PRETENSES, USING PRISONERS WHOM SOCIETY IS ALREADY PREJUDICED AGAINST TO HIDE ITSELF FROM DETECTION.

UNDER USCA 42 §§ 1997 (a-j); I RESPECTFULLY REQUEST ALL APPLICABLE INTERVENTIONS VESTED IN THE OFFICIAL CAPACITIES OF THE U.S. ATTORNEY GENERAL AS CHIEF LAW OFFICER OF THE UNITED STATES TO INTERVENE BECAUSE OF FLAGRANT DISHONEST ACTIONS USED IN A THERAPEUTIC COMMUNITY THAT HAVE WORKED UNHINDERED AT THE EXPENSE OF PRISONERS AND THE UNITED STATES.

AS THE THERAPEUTIC COMMUNITY NOW STANDS, IT IS AN IMPEDIMENT AGAINST THE INTENT AND PURPOSE OF THE U.S. CONSTITUTION, AND THE LEGAL AND MORAL FABRIC OF SOCIETY. IT IS A THREAT TO THE UNITED STATES. IT'S CONSPIRATORS CLAIM IT'S PROCEDURES INDOCTRINATE "RIGHT LIVING".

AS OF THE DATE OF THIS WRITING, I AM CURRENTLY INCARCERATED AT THE SOUTH BOISE WOMENS CORRECTIONAL CENTER, THE FACILITY RESPONSIBLE FOR THE THREE CURRENT LAWSUITS NOW PENDING IN THE COURTS. THE WARDEN, KAPRI ZMUDA, IS IN THE MIDDLE OF DOING "MASS" PUNISHMENTS OF GAG-ORDERS ON SPEECH. SHE TOOK AWAY OUR RECREATION, COMMISSARY, PUT US ON GAG ORDERS, AND IS THREATENING TO TAKE AWAY PHONE CALLS AND VISITS FOR VIOLATING GAG ORDERS. ALL OF THE INMATES CONFINED HERE ARE BEING PUNISHED FOR THE ACTIONS OF OTHER INMATES "BEHAVIORS". SHE IS KNOWN

FOR NOT BEING HONEST ABOUT HER INVOLVEMENT OF "INMATE TRAFFICKING" AND DELIBERATE PRISON OVER-CROWDING POLICIES AND PROCEDURES, BY USE OF A THERAPEUTIC COMMUNITY. SHE IS CURRENTLY PUNISHING EVERY PRISONER NOT IN THE TC WITH GAG ORDERS OF SPEECH, NO RECREATION, NO COMMISSARY, AND THREATS OF NO PHONE-CALLS AND VISITATION BECAUSE OF A "FEW" INMATES WHO ARE PROBLEM INMATES. THIS IS A "NEW" POLICY SHE IS JUST STARTING, AND I BELIEVE IT IS IN RETALIATION FOR MY LAW-SUITS COMPELLING HER AND HER ADMINISTRATION TO BE HONEST.

SHE IS ACTING CRUELLY AND ARBITRARILY - THERE ARE NO THREATS OF HARM TO INSTITUTIONAL SECURITY TO IMPOSE GAG-ORDERS ON SPEAKING TO EACH OTHER. SHE IS DOING THIS RIGHT AROUND THE CHRISTMAS SEASON TO BE VINDICTIVE. SHE HAS HAD THREE MEETINGS CHIDING THE PRISONERS FOR "TAKING TAX MONEY FROM HEALTH AND WELFARE" TO KEEP US INCARCERATED, WHEN SHE KNOWS THAT THE TC OPERATIONS, AND MOST OF THE PRISONERS SHE IS WARDEN OVER, ARE TC "REJECTS" AND "DELIBERATELY" BEING KEPT WELL PAST THEIR INDETERMINATE TIME OR TO FULL-TERM RELEASE DATES PURPOSELY. SHE ALSO KNOWS THAT TC DOES NOT TREAT, BUT TRAUMATIZES INMATES WHO COMPLETE TC AND END UP RELAPSING ALMOST IMMEDIATELY AFTER SURVIVING THE TC PROCESSES.

SHE IS STARTING A NEW POLICY TO MASS PUNISH INMATES FOR A FEW INMATES WHO ARE ACTING OUT, MAKING THE WHOLE TEIR "RESPONSIBLE" WHICH IS UNFAIR TO THOSE WHO HAVE NOT BEEN A PROBLEM IN HER FACILITY.

THE MALE CORRECTIONAL OFFICERS STAND IN THE BATHROOM WHILE THE WOMEN ARE USING THE FACILITIES TO KEEP THE GAG-ORDERS ENFORCED. WE FEEL IT IS INAPPROPRIATE AND UNREASONABLE FOR A MALE WE DO NOT KNOW OR FEEL COMFORTABLE AROUND STANDING BY THE BATHROOM STALLS WHILE WE ARE IN OUR MOST PRIVATE MOMENTS. IDOC HAS HAD SEVERAL OFFICERS CONVICTED FOR FELONY SEXUAL MISCONDUCT RECENTLY.

WHILE LESBIAN ACTIVITY HAS GONE ON, THE ADMINISTRATION KNOWS WHO THESE WOMEN ARE, BUT HAVE FAILED TO REMOVE THEM, OPTING INSTEAD

TO PUNISH ALL OF US WHO ARE NOT GUILTY OF ANY SEXUAL MISCONDUCT. (MASS PUNISHMENT - HENCE THE GAG-ORDERS ON SPEECH, ETC.) (FIRST AMENDMENT VIOLATION)

THE SOUTH BOISE WOMENS CORRECTIONAL CENTER HAS A PATTERNED HISTORY OF UNLAWFUL ACTIVITY AND ARBITRARY ADMINISTRATIVE ACTIONS, NOT FOR PUNITIVE REASONS, BUT FOR IT'S FALSE RECORD SCAMS. THE CORRECTIONAL OFFICERS CONSTANTLY HARRASS AND DOCUMENT PRISONERS FOR NON-VIOLATIVE ACTS BECAUSE MOST OF THE WOMEN BEING WAREHOUSED HERE FOR LONG-TERM INCARCERATION ARE NOT VIOLENT OFFENDERS, SO THEY MAKE UP SMALL RULES AGAINST INNOCENT ACTIONS TO DOCUMENT US ON. THE ADMINISTRATION HERE IS NOT PROFESSIONAL. NO ONE IS BEING REHABILITATED, BUT THE STATE IS GETTING MONIES CLAIMING THEY ARE REHABILITATING. WE ARE IN NEED OF HONEST GOVERNMENT ADMINISTRATION!

BARBARA TOMBS, PRESIDENT OF THE NATIONAL SENTENCING GUIDELINES WHICH STUDIES JUSTICE POLICIES SAID "IF THEY DON'T GET **PROPER** TREATMENT, THEY'RE GOING TO COME OUT WITH THE SAME PROBLEMS THEY WENT IN WITH". WE ARE HORRIFIED AT THE RAMPANT DISHONESTY IN IDAHO'S CRIMINAL JUSTICE SYSTEM HIDING IN THE PRISONS HERE, WHICH THE EXISTENCE OF A THERAPEUTIC COMMUNITY HAS BROUGHT.

THE DISHONESTY AND LIES TO VIOLATE AND THREATEN U.S. CONSTITUTIONAL PROTECTIONS; THE LIES PLACED ON PRISONERS RECORDS WITHOUT ANY CONSTITUTIONAL PROTECTION FROM PREVENTING FALSITY'S BEING DOCUMENTED AS TRUTH, AT THE EXPENSE OF THE PRISONERS LIVES AND THE BURDEN PLACED ON TAX-PAYERS TO SUPPORT THE FRAUD IN T.C., WARRANTS IMMEDIATE INJUNCTIONS AND ACTIONS OF FURTHER INVESTIGATIONS AND VINDICATIONS THAT HAVE BEEN RIPE FOR ADDRESSING AND CORRECTING FOR A LONG TIME. THE PRISONS ARE BEING USED TO CONCEAL CORRUPTION, HIDDEN FROM SOCIETY JUST LIKE THE PRISONERS THEY INCARCERATE.

THOSE RESPONSIBLE FOR THIS CORRUPTION FORGET THAT MANY OF US ARE

FOR UPHOLDING THE LAWS, EVEN IF OUR OWN STRUGGLES WITH ALCOHOLISM AND DRUG ADDICTIONS LANDED US IN PRISON. BECAUSE WE BROKE THE LAW, DOES NOT ENTITLE GOVERNMENT AGENTS TO BE LAWLESS IN A PRISON SETTING UNDER COLOR OF LAW.

THEIR ACTIONS PROFOUNDLY AFFECT THE PRISONERS ATTITUDES WHO HAVE BEEN LIED ABOUT AND CHEATED BY THE ONES INCARCERATING THEM. WE WATCH PRISON OFFICIALS AND THE PAROLE OFFICIALS, WHOSE OFFICES ARE CONSTITUTIONALLY CREATED BY THE IDAHO STATE CONSTITUTION, TREAT CONSTITUTIONAL LAW WITH CONTEMPT.

I RESPECTFULLY REQUEST FROM THE UNITED STATES ATTORNEY GENERALS OFFICE, A COPY OF THIS DOCUMENT BE SENT BACK TO ME IN IT'S ENTIRETY, SO I KNOW YOU RECIEVED IT. I DON'T, WITH GOOD REASON, TRUST THOSE WHO KEEP US INCARCERATED, SO I NEED TO BE SURE YOU RECIEVED THIS. SOMEONE HAS TO CARE ABOUT THE LAWS BEING UPHELD. WE AS PRISONERS WISH TO COME FORWARD AND ARE INITIATING WHATEVER IT TAKES, TO BE HEARD. OUR GRIEVANCES ARE VALID UNDER THE LAW. I HAVE ENCLOSED A PHOTOCOPY OF THE ORIGINAL PROSECUTING AND MATERIAL WITNESS COMPLAINT CASE NO. 1:09-CV-00563-MHW AND A NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE AND CONSENT FORM. I AM DOING EVERYTHING OPENLY AND FAIRLY. I SEE NO REASON TO ALLOW THIS TO GO ON. IT IS SO VERY WRONG. WE MAY BE GUILTY OF OUR CRIMES WE WERE SENTENCED TO, BUT WE ARE NOT GUILTY OF WHAT IS DOCUMENTED ON THE THERAPEUTIC COMMUNITY'S DATABASE USED AGAINST US FOR PROFIT.

LIES CAN RUIN A PERSONS LIFE AND CAUSE ADVERSE PROCEEDINGS LATER ON IN THE INMATES LIFE, EVEN AFTER SERVING THEIR TIME AND PAYING THEIR DEBT TO SOCIETY. TC EXPECTS PRISONERS TO "TAKE ACCOUNTABILITY" FOR ACTIONS WE NEVER DID. TC WANTS US TO WAIVE ALL OF OUR CONSTITUTIONAL RIGHTS, BUT HIDES THAT FACT WITH IDOC'S AND THE IDAHO PAROLE COMMISSIONS "NO

INFORMED CONSENT POLICY WHICH DOES NOT DISCLOSE THAT A PERSON LOSES EVERY CONSTITUTIONAL RIGHT UPON ENTRY INTO THE TC, AND THAT THEIR PROTECTIVE RIGHTS ARE REPLACED BY IRON-CLAD RULES PROTECTING FALSE EVIDENCE FOR UNDISTURBED DOCUMENTATIONS WITHOUT A SINGLE PROTECTION IN PLACE. THE TC, BECAUSE IT IS CONSPIRACY BASED TO VIOLATE CIVIL RIGHTS, WAS DESIGNED TO CONCEAL WHAT IT IS ACTUALLY DOING.

WHAT A TC IS, IS DOCUMENTED IN MY CIVIL SUITS, CASE # CV-09-714-HC FILED FEBRUARY 20, 2009 IN THE SIXTH DISTRICT COURT FOR THE COUNTY OF BANNOCK, POCATELLO, IDAHO; AND A USC 42 §1983 SUIT FILED JULY 14, 2009 UNDER CASE # CV09-343-E-REB IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO, IN BOISE, IDAHO.

BECAUSE TC IS DESIGNED TO BE CONCEALED, MY CIVIL SUITS WERE NOT DOCUMENTED UP TO PERFECT LEGAL STANDARDS, BUT IT IS CLEARLY EVIDENT BY TC'S PROCEDURES DESCRIBED IN MY SUITS THAT EVERYTHING THE U.S. CONSTITUTION PRESCRIBES TO PROTECT AMERICA FROM CORRUPTION, IS PROSCRIBED IN THE THERAPEUTIC COMMUNITY TO SERVE CORRUPTION.

WE PRISONERS AFFECTED BY THE DISHONESTY OF THE TC, WHILE TRYING TO COMPLY TO SERVE OUR SENTENCES IN GOOD FAITH HAVE BEEN VIOLATED BY THE OPERATIONS OF THE TC. THERE IS ALWAYS HARM WHEN WE ARE UNDER THE OPPRESSIVE TACTICS OF CORRUPTION. IT IS A SHOCK TO FIND THAT OPERATIONS FOR PROFIT SUCH AS A TC ARE OPERATING, UNDER COLOR OF LAW.

PRISONERS HAVE AND MAINTAIN THE RIGHT TO NOT BE FALSELY INCRIMINATED. THE IDAHO ATTORNEY GENERAL SAYS WE ARE NOT BEING "INCRIMINATED" BECAUSE TC IS "PROGRAMMING". TC IS NOT PROGRAMMING. WE ARE NOT IGNORANT OF ITS DEVICES. AN AUDIT WILL PROVE THERE IS MORE TO THE TC SCAM THAN "PROGRAMMING". WE HAVE BEEN INCRIMINATED. THE IDAHO PAROLE COMMISSION CAN TELL YOU THEY USE THE FAKE TC RECORDS AGAINST US. SO DO THE IDOC STAFF. WE HAVE ALL OF THE PROOF ON OUR OWN PRISON RECORDS TO PROVE THAT TC IS HARMFUL, AND IT'S NOT HONEST, A FACT WE ARE ACUTELY AWARE OF. WE ARE ALL

SCATTERED ALL OVER IDAHO, WHEREVER THEY CAN STICK US, AS TC'S MANY CASUALTIES SERVING ITS FRAUD BASED SYSTEM. FURTHER YOUR AFFIANT SAYETH NAUGHT.

STATE OF IDAHO ) 
COUNTY OF ADA ) SS

GRETCHEN A. CACCIAGUIDI, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE HAS READ THE FOREGOING AFFIDAVIT AND REPORT TO THE U.S. ATTORNEY GENERAL, KNOWS THE CONTENTS THEREOF, AND THE FACTS ARE TRUE AS SHE VERILY BELIEVES.

*Gretchen A. CacciaGuidi #62015*
AFFIANT

SOUTH BOISE WOMENS CORRECTIONAL CENTER
13200 S. PLEASANT VALLEY ROAD
KUNA, IDAHO 83634

SUBSCRIBED AND SWORN TO BEFORE ME THIS 11th DAY OF December 2009.

CAROLYN PUCKETT
NOTARY PUBLIC
STATE OF IDAHO

NOTARY PUBLIC FOR IDAHO
COMMISSION EXPIRES: 6-14-15

AFFIDAVIT AND REPORT TO U.S. ATTORNEY GENERAL - 10 OF 12

CERTIFICATE OF MAILING

I CERTIFY THAT A COPY OF THIS AFFIDAVIT AND REPORT TO THE U.S. ATTORNEY GENERAL WITH A PHOTOCOPY OF THE INITIAL FILING OF THE PROSECUTING AND MATERIAL WITNESS COMPLAINT WAS SERVED BY U.S. MAIL TO:

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF IDAHO<br>550 W. FORT STREET<br>BOISE, IDAHO 83724 | OLIVIA CRAVEN<br>EXECUTIVE DIRECTOR<br>IDAHO COMMISSION OF PARDONS/PAROLE<br>P.O. BOX 83720<br>BOISE, IDAHO 83720 |
| UNITED STATES ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE. N.W.<br>WASHINGTON, D.C. 20530-0001 | MARK KUBINSKI<br>DEPUTY ATTORNEY GENERAL<br>FOR BRENT REINKE/IDOC<br>1299 N. ORCHARD SUITE 110<br>BOISE, IDAHO 83706 |
| MARK J. SHUSTER<br>ATTORNEY AT LAW<br>P.O. BOX 481<br>HOMEDALE, IDAHO 83628 | ACLU OF IDAHO - MNW<br>P.O. BOX 1897<br>BOISE, IDAHO 83701 |

DECEMBER 11, 2009
DATE

_Gretchen A. Caccia_____ #62015_
AFFIANT / COMPLAINANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Gretchen Ann Cacciaguidi<br><br>    Plaintiff,<br><br>vs.<br><br>Brent Reinke<br><br>    Defendant | ) Case No. 1:09-cv-00563-MHW<br>)<br>)<br>)<br>)<br>) NOTICE OF ASSIGNMENT TO A<br>) UNITED STATES MAGISTRATE<br>) JUDGE AND CONSENT FORM<br>) *(PROSECUTING AND MATERIAL*<br>) *WITNESS COMPLAINT)*<br>)<br>) |

  In accordance with District of Idaho General Order No. 237, you are notified that the above entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial and entry of final judgment.

  Exercise of this jurisdiction by a United States Magistrate Judge is, however, permitted only if all parties file a written consent form, a copy of which is part of this notice. No Judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge. All parties are requested to return this form within 60 days of receipt to the Clerk of Court. Any party deciding to proceed before a United States Magistrate Judge should sign the consent to proceed form and return it to the Clerk of Court by e-mailing the same in .pdf format to the following address: consents@id.uscourts.gov. If you are self represented, you should mail this form to the following address: U.S. District Court, 550 W. Fort St. Room 400, Boise, ID 83724

  An appeal from a judgment entered by a United States Magistrate Judge will be directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this District Court. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.


CONSENT TO THE EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE

  In accordance with provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and District of Idaho General Order No. 237, the undersigned party to this case consents to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, and order the entry of a final judgment.


| Party Represented | Signature | Date |
|---|---|---|
| _____ | _____ | _____ |



American Civil Liberties Union of Idaho

P.O. Box 1897
Boise, ID 83701
(208) 344-5243
Fax (208) 344-7201

Dear

We have received your letter concerning the inadequate conditions of the jail. Below is a general list of conditions; please feel free to send us information regarding these or other relevant subjects.

1. Overcrowding (draw diagram; approximate size of cells and number of bunks)
2. Lighting (including adequate lighting to read in bed)
3. Ventilation (accumulation of smoke or odor)
4. Heating/cooling (temperature control)
5. Recreation (indoor and outdoor; number of hours weekly)
6. Access to a law library
7. Opening attorney/client mail; stamps; writing supplies
8. Punishment by jailers, including use of isolation
9. Sanitation of the jail facilities
10. Clothing
11. Bedding (sheets, pillows, mattress, mattress covers, blankets)
12. Laundry (of towels, clothing, bedding)
13. Fire protection (alarms, smoke detectors, extinguishers)
14. Food (quality, quantity, handling)
15. Nighttime supervision (number on duty; inspections)
16. Medical care (physical, dental, psychological, screening, medicines)
17. Visitation (times of; are children allowed)
18. Shower facilities and access to showers
19. Reading materials (any censorship), TV, radio
20. Sufficient number and training of staff
21. Plumbing (sufficient hot water, number of inmates per toilet)
22. Written rules of inmate behavior (availability, posted, comprehensible)
23. Inmate safety (assaults by guards or other inmates)
24. Mass punishment (are cells punished for acts of one inmate)
25. Jailer harassment
26. What is the worst thing about this jail?

Sincerely,

ACLU of Idaho

*IF THEY CAN KEEP US FROM COMMUNICATING
WE CAN'T GET ANY OUTSIDE HELP
AND WE STAY TRAPPED. THEY ARE
TAKING AWAY OUR RIGHT TO COMMUNICATE

THEY DON'T POST
RULES THEY PUNISH
FOR (GAG-ORDERS
ON
OUR
SPEECH)

IF THEY SHUT
DOWN OUR
COMMUNICATION —
THEY GET
AWAY WITH
WRONGFUL ACTS —
TC THRIVES
ON
GAG-ORDERS!

NOTE: THIS IS NOT MY JUDGMENT AND COMMITMENT.

WHEN I WAS EXPELLED FROM TC ON TRUMPED CHARGES — THEY CONFISCATED ALL MY PROPERTY WHICH INCLUDED LEGAL PAPERS AND DESTROYED IT AFTER BANISHING ME AS A STATE HOLD TO THE MADISON COUNTY JAIL FAR AWAY FROM HOME WITH A WHOLE JAIL FILLED WITH TC REJECTS, IT WAS HORRIBLE.

JUDGMENT AND COMMITMENT: THIS IS A COPY OF A TYPICAL JUDGMENT AND COMMITMENT SHOWING HOW ALL OF IDAHO'S DISTRICT JUDGES "RECOMMEND" THE TC IN BOLD LETTERS. IT IS THE ONLY PART OF THE DOCUMENT TYPEFACED IN BOLD LETTERS — PART OF THE BUSINESS TO GENERATE FUNDING. THEY DON'T RECOMMEND ANYTHING BUT THE TC! (PRISON PROFITEERING)!

For a minimum fixed and determinate period of confinement of five (5) years; with the fixed minimum period followed by an indeterminate period of custody of up to five (5) years, for a total term not to exceed ten (10) years.

IT IS HEREBY ORDERED AND THIS DOES ORDER that the defendant's driving privileges are hereby absolutely suspended for a period of five (5) years, to commence upon release from incarceration.

Pursuant to Idaho Code §18-309, the defendant shall be given credit for the time already served in this case in the amount of two hundred twenty-four (224) days.

**The Court specifically recommends that the Defendant participate in the Therapeutic Community Program while incarcerated.**

IT IS FURTHER ORDERED that the defendant is committed to the custody of the Sheriff of Ada County, Idaho, for delivery forthwith to the custody of the Idaho State Board of Correction at the Idaho State Penitentiary or other facility within the state designated by the State Board of Correction.

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the said Sheriff, which shall serve as the commitment of the defendant.

Done in open court this 3rd day of November, 2008.

DEBORAH A. BAIL
District Judge