MAY 13, 2018

JUDGE B. LYNN WINMILL
CHIEF JUDGE, UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF IDAHO
550 W. FORT ST.
BOISE, IDAHO 83724

GRETCHEN CACCIAGUIDI-LEE
EBCRC
23666 OLD PENITENTIARY RD.
BOISE, IDAHO
83712

RE: CASE SUBJECT MATTER BEING FORWARDED TO YOU

JUDGE B. LYNN WINMILL:

I RECENTLY FILED A 102 PAGE DOCUMENT IN THE IDAHO STATE COURT ON APRIL 30, 2018 ENTITLED "SUPPLEMENTAL PLEADINGS TO OBJECTION AND NOTICE OF FALSE INSTRUMENT" IN: GRETCHEN ANN LEE AKA CACCIAGUIDI VS. STATE OF IDAHO CASE NO. CR-FE-2014-3653 AND ROUTED COPIES TO GOVERNOR BUTCH OTTER AND THE LOCAL FBI OFFICE. IT ALL DEALS WITH THEIR PARTICIPATION AND CONCEALMENT OF THE SILENCE CONTROL MODEL OPERATIVE CRIME. THEY ARE AS LIABLE AS YOU ARE FOR THE CRIMES LISTED IN EVERY CASE RECORD I HAVE FILED ON THE SILENCE CONTROL MODEL OPERATIVE CRIME. I AM ENCLOSING COPIES OF THE COVER LETTERS I SENT. MIKE ELIA HAS A COPY OF THE 102 PAGE DOCUMENT.

Gretchen Cacciaguidi-Lee

APRIL 29, 2018

GOVERNOR C.L. BUTCH OTTER
OFFICE OF THE GOVERNOR
STATE CAPITOL
P.O. BOX 83720
BOISE, IDAHO 83720

GRETCHEN CACCIAGUIDI-LEE
EBCRC
2366 OLD PENITENTIARY RD.
BOISE, IDAHO 83712

RE: CASE SUBJECT MATTER BEING FORWARDED TO YOU

DEAR GOVERNOR BUTCH OTTER:

I AM ROUTING TO YOUR OFFICE A COPY OF MY MOST RECENT FILING IN THE COURTS. IT IS ONLY A FRACTION OF THE CASE RECORD. YOUR NAME IS UP IN LIGHTS IN THIS CASE FOR THE CRIMES OF TREASON, SUBVERSIVE ACTIVITY, GOVERNMENT-SPONSORED TERRORISM AGAINST THE UNITED STATES, RACKETEERING, CRIMINAL MISUSE OF THE JUSTICE SYSTEM, inter alia; IN: STATE OF IDAHO V. GRETCHEN LEE AKA CACCIAGUIDI CASE NO. CR-FE-2014-3653. YOU WILL BE PURSUED FOR PROSECUTION FOR THE CRIMES LISTED IN THE CASE RECORDS WHICH YOU HAVE KEPT CONCEALED FROM THE PUBLIC FOR YEARS. THE CASE RECORDS GO ALL THE WAY BACK TO 2009. YOU ARE LIABLE, inter alios; FOR AIDING, ABETTING, AND GIVING THE CRIMINAL JUSTICE SYSTEM, CHILD PROTECTION SERVICES AND TAX-PAYER FUNDS OVER AS MATERIAL SUPPORT TO A POLITICAL ENEMY SYSTEM KNOWN AS THE "SILENCE CONTROL MODEL (SCM)" OPERATIVE.

See Ya!
Gretchen Cacciaguidi-Lee

APRIL 29, 2018

ERIC BARNHART
DOUGLAS S. HART
FBI
877 W. MAIN ST.
SUITE 404
BOISE, ID. 83702

GRETCHEN CACCIAGUIDI-LEE
#62015
EBCRC
2366 OLD PENITENTIARY RD.
BOISE, IDAHO 83712

RE: CASE SUBJECT MATTER BEING FORWARDED TO YOU, STATE OF IDAHO V. GRETCHEN CACCIAGUIDI-LEE CASE NO. CR-FE-2014-3653

DEAR MR. BARNHART AND MR. HART:

I AM ROUTING TO YOUR OFFICE A COPY OF MY MOST RECENT FILING IN THE COURTS IN WHICH YOU ARE INCORPORATED INTO ON PP. 52-59, IN THE DOCUMENT ENTITLED "SUPPLEMENTAL PLEADINGS TO OBJECTION AND NOTICE OF FALSE INSTRUMENT." PLEASE DO NOT RETURN ANY MATERIAL, SAVE THE POSTAGE. I AM NOT ASKING FOR INVESTIGATIONS, RATHER I AM MOVING FOR INVESTIGATIONS AGAINST BOTH OF YOU. AS I TOLD YOU BEFORE, "WE ARE NOT LIKE EVIDENCE YOU CAN THROW IN THE RIVER." THE U.S. DEPARTMENT OF JUSTICE IS THE TOP LEADER OF THE CRIMES LISTED IN ALL OF MY CASE RECORDS INVOLVING THE "SILENCE CONTROL MODEL" OPERATIVE. YOU HAVE BETRAYED THIS COUNTRY.

GRETCHEN CACCIAGUIDI-LEE

APRIL 29, 2018

IDOC CENTRAL OFFICE
1299 N. ORCHARD ST.
BOISE, ID. 83720-0018

GRETCHEN CACCIAGUIDI-LEE
#62015
EBCRC
2366 OLD PENITENTIARY RD.
BOISE, IDAHO 83712

RE: CASE SUBJECT MATTER BEING FORWARDED TO YOU, STATE OF IDAHO V. GRETCHEN CACCIAGUIDI-LEE CASE NO. CR-FE-2014-3653

DEAR CENTRAL OFFICE:

I AM ROUTING TO YOUR OFFICE A COPY OF MY MOST RECENT FILING IN THE COURTS. IT IS ONLY A FRACTION OF THE CASE RECORD. IN THIS DOCUMENT ARE NAMES OF IDOC EMPLOYEES WHO WILL BE PURSUED FOR PROSECUTION FOR THE CRIMES LISTED IN THE CASE RECORD. NOT ALL NAMES ARE LISTED BUT WILL BE IN THE FUTURE FOR FUTURE PROCEEDINGS. PLEASE INFORM THEM THAT THIS DOCUMENT EXISTS AND THAT IT IS BEING DONE TO PROTECT NATIONAL SECURITY AND THE INTERESTS OF JUSTICE.

THANK YOU,

Gretchen CacciaGuidi-Lee